JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. S1-CR-08-0730-WHA |
| )<br>v. ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| JUDITH SOSA, ) | ORDER ADJOURNING STATUS |
|   a/k/a "J-Dubbs," ) | CONFERENCE |
| ) | |
|   Defendant. ) | |
| ) | |

    The United States of America, by its attorneys, Joseph P. Russoniello, United States Attorney, and W.S. Wilson Leung, Assistant United States Attorney, of counsel, respectfully submits this Stipulation and Proposed Order on behalf of the parties to request a continuance of the January 27, 2009 status conference until February 10, 2009.

    The parties hereby stipulate to the following:

    1.    In the above-captioned superseding indictment, the defendant, Judith Sosa, is charged in Counts Twenty-Six through Thirty with narcotics related allegations. Sosa, with her attorney of record, Ethan Balogh, Esq., made her initial appearance before the Court on December 9, 2008, and a further status conference was scheduled for January 27, 2009. Most of the other defendants charged in the superseding indictment requested and were granted a status

1. conference date of February 10, 2009.

2. On January 23, 2009, the Government was advised by Mr. Balogh that he had been seriously ill for the past two weeks, initially with the flu, and then after attempting to return to work, he developed pneumonia. Accordingly, Mr. Balogh asked the Government to continue the January 27, 2009 status conference for Sosa until February 10, 2009, a date by which he believed the parties would be better able to address the substantive issues relating to discovery, the scheduling of motions, and trial. The Government consents to this request.

3. Time has already been excluded until February 10, 2009 for the case as a whole. With respect to the time contemplated by this requested continuance, Mr. Balogh and the defendant consent to the exclusion of this under the Speedy Trial Act. Exclusion would serve the interests of justice because the adjournment would ensure the availability, and hence, continuity of defense counsel, thereby ensuring the effective representation of the defendant. See 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: January 26, 2009
/s/
W.S. Wilson Leung
Assistant United States Attorney

DATED: January 26, 2009
/s/
Ethan Balogh, Esq.
Attorney for Defendant Judith Sosa

For the foregoing reasons, IT IS ORDERED THAT:

1. The January 27, 2009 status conference for the defendant is adjourned until February 10, 2009.

2. Time shall be excluded from under the Speedy Trial Act until the new appearance date.

DATED: January 26, 2009



HON. WILLIAM H. ALSUP
United States District Judge

-2-