UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUDITH SOSA,<br><br>Defendant. | Case No. 08-730 WHA<br><br>[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO DISCLOSE CONFIDENTIAL INFORMANTS<br><br>Before the Honorable William Alsup<br>United States District Judge |

Based upon the foregoing Ex Parte Application for Order Shortening Time for Hearing on Motion to Disclose Confidential Informants, and for good cause shown, it is HEREBY ORDERED that oral argument on the aforementioned motion to quash shall be heard at the pretrial hearing scheduled for Wednesday, January 27, 2010, at 9:00 a.m.

**IT IS SO ORDERED**.

DATED: January 27, 2010.
_____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE