UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 08-730 WHA |
|---|---|
| Plaintiff, | |
| | [PROPOSED] ORDER SEALING DEFENDANT JUDITH SOSA'S NOTICE OF UNDER SEAL LODGMENT |
| v. | |
| JUDITH SOSA | |
| Defendant. | |

Based upon the foregoing Ex Parte Application to File Under Seal with respect to defendant's Notice of Under Seal Lodgment, and for good cause shown, it is HEREBY ORDERED that defendant's Notice of Under Seal Lodgment with Exhibits A, B, C, shall be **FILED UNDER SEAL.**

IT IS SO ORDERED.

DATED: January 27, 2010.

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*