IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JUDITH SOSA

    Defendants.
                               /

No. CR 08-0730 WHA

**ORDER POSTPONING JURY SELECTION**

At the request of the government, jury selection for the trial of defendant Judith Sosa shall be continued from February 1, 2010, to **FEBRUARY 2, 2010**. A further pretrial hearing shall be held on **FEBRUARY 1, 2010, AT 7:30 A.M.**

**IT IS SO ORDERED.**

Dated: January 28, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE