1

2

3

4

5                       IN THE UNITED STATES DISTRICT COURT

6                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8

UNITED STATES OF AMERICA,

9                                                      No. CR 08-0730 WHA
                        Plaintiff,

10
                                                   **ORDER DENYING AS MOOT ALL**
11        v.                                       **PENDING MOTIONS BY JUDITH SOSA**
                                                   **AND VACATING JURY TRIAL**
12    JUDITH SOSA, *et al*

                        Defendants.
13    _____/

14
              In light of her guilty plea in this matter, all pending motions by Judith Sosa are **DENIED**
15
      **AS MOOT**, and the jury trial scheduled to begin on February 2, 2010, is **VACATED**.
16

17

18           **IT IS SO ORDERED.**

19

20    Dated:  February 1, 2010.
                                                   _____
21                                                 WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California