1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8
UNITED STATES OF AMERICA,
9                                               No. CR 08-0730 WHA
            Plaintiff,
10
11    v.                                        **ORDER TO ATTORNEY BALOGH
                                                RE SUBPOENAED WITNESS**
JUDITH SOSA, *et al*
12
            Defendants.
13    _____/
14
15          Officer Buelow showed up today pursuant to a subpoena from Attorney Balogh to

16   appear at the trial of defendant Sosa.  Attorney Balogh is requested to explain in writing by

17   **NOON ON FEBRUARY 5, 2010**, why Officer Buelow was not notified that the trial was vacated

due to her guilty plea.
18
19
20          **IT IS SO ORDERED.**
21
22   Dated:  February 3, 2010.               _____
                                             WILLIAM ALSUP
23                                           UNITED STATES DISTRICT JUDGE
24
25
26
27
28

United States District Court
For the Northern District of California